IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   1:19-cr-43 (LMB) |
| | ) |
| TODD ELLIOT HITT, | ) |
| | ) |
| Defendant. | ) |

ORDER

Defendant has filed a Consent Motion to Continue Sentencing Date from June 21, 2019 to a date on or after July 29, 2019 because "several of Mr. Hitt's family members will be out of the country," and "it is possible" that some will address the Court during the sentencing hearing. The Court does not find good cause for the relief requested.

The defendant pleaded guilty on February 13, 2019 and the sentencing date was extended to nearly four and a half months from that date, a length of time seldom granted by this Court. Moreover, other than victims of a defendant's activity, this Court does not take testimony at sentencing hearings. Any comments from family members should be submitted in writing before the hearing.

As for the need to have enough time to arrange for the extensive restitution, that issue was already considered by the Court and was the basis for extending the sentencing hearing beyond the normal time period.

For all these reasons, it is hereby

ORDERED that the Consent Motion to Continue Sentencing be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

Entered this 30th day of April, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge