\IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) TODD ELLIOTT HITT, ET. AL., ) ) Defendants. ) ) | Civil No. 1:18-cv-01262 |
| UNITED STATES OF AMERICA, ) ) v. ) ) TODD ELLIOTT HITT, ) ) Defendant. ) ) | Criminal No. 1:19-cr-43 |

## ORDER GRANTING RECEIVER'S MOTION TO TERMINATE RECEIVERSHIP AND DISCHARGE RECEIVER

Upon the Motion To Terminate Receivership and Discharge Receiver (the "Motion") of Christopher L. Perkins, the Court-appointed Receiver and Special Master (the "Receiver") in the above-captioned case; and it appearing that notice of the Motion was provided to all Investor Victims, Creditors, and other Parties-in-Interest; and the Court having reviewed the Motion and determined that the grounds set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY FOUND AND DETERMINED:**

A. The Movant has given proper and sufficient notice of the Motion;

B. The Motion is **GRANTED** in its entirety.

C. The Movant has fulfilled his duties and, and subject to Section IX of the Receivership Order entered by the Court on October 12, 2018 (Civil Docket No. 21) and the Substitution of Receiver and Special Master Order entered by the Court on December 13, 2019 (Civil Docket No. 116), is hereby **DISCHARGED** and **RELEASED** from all claims and liabilities arising out of and/or pertaining to the Receivership and **RELIEVED** of all duties and responsibilities pertaining to the Receivership or his role as Special Master previously established in this action.

D. The Receivership is hereby **TERMINATED**.

E. The Court retains jurisdiction over any and all matters related to the Receiver and the Receivership estates.

Date September 3, 2021

/s/
Leonie M. Brinkema
United States District Judge